IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY MACK LEONARD,

       Plaintiff,                    No. 2:09-cv-3423 MCE JFM (PC)

  vs.

EDWARD N. BONNER, et al.,

       Defendants.          ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2 appointment of counsel is denied.
3 DATED: March 29, 2010.

UNITED STATES MAGISTRATE JUDGE

/md014.leon3423.31